No. 04–6409. WILKERSON v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 04–6426. HAYES v. GARCIA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–6430. COOPER v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 04–6439. PROBST v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–6442. KERR v. BEY. C. A. 6th Cir. Certiorari denied.

No. 04–6451. JUSTICE v. COURT OF APPEAL OF CALIFORNIA, FOURTH APPELLATE DISTRICT. Sup. Ct. Cal. Certiorari denied.

No. 04–6455. ROGERS v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 04–6465. ESTEVEZ v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 04–6472. DEWS v. GALAZA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–6486. MONSIVAIS SALAZAR v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–6487. PEARSON v. LOUISIANA. Ct. App. La., 5th Cir. Certiorari denied.

No. 04–6489. WEBSTER v. BROWN, ACTING WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–6493. BULLOCK v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–6499. ANSON v. BAY AREA AIR QUALITY MANAGEMENT DISTRICT. C. A. 9th Cir. Certiorari denied.